AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:08-M -11595(1) |
| | § |
| (1) RAUL ERNESTO LANDAVERDE-GIRON | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 11, 2008** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On October 12, 2008, the defendant, RAUL ERNESTO LANDAVERDE-GIRON, a native and citizen of EL SALVADOR, was arrested near CARRIZO SPRINGS, TEXAS. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near EAGLE PASS, TEXAS."

Continued on the attached sheet and made a part of hereof:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

10/15/2008                            at    DEL RIO, Texas
File Date                                   City and State

DENNIS G. GREEN                       _____
U.S. MAGISTRATE JUDGE                 Signature of Judicial Officer

AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:08-M -11595(1) |
| | § |
| (1) RAUL ERNESTO LANDAVERDE-GIRON | § |

### JUDGEMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, RAUL ERNESTO LANDAVERDE-GIRON, was presented by counsel, Pacheco, Manuel.

The defendant pled guilty to the complaint on October 17, 2008. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | October 12, 2008 |

As pronounced on October 17, 2008, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 7 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 17th day of October, 2008.

_____
DENNIS G. GREEN
U.S. MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USCIS #: 25232280